1

2

3

4

5

6              UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8  UNITED STATES OF AMERICA,

9                      Plaintiff,              Case No. 15-259 BAT

10      v.                                     **DETENTION ORDER**

11  ZACHERY ALEXANDER FARNAM,

12                     Defendant.

13      The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes

14  there are no conditions which the defendant can meet which would reasonably assure the

15  defendant's appearance as required or the safety of any other person and the community.

16      **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

17      Defendant is charged with a crime that carries a presumption of detention.  He has failed

18  to overcome that presumption as the Court has received no verified information about the

19  defendant, and he made no argument for release.

20      It is therefore **ORDERED**:

21      (1)      Defendant shall be detained pending trial and committed to the custody of the

22  Attorney General for confinement in a correctional facility separate, to the extent practicable,

23  from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1      (2)      Defendant shall be afforded reasonable opportunity for private consultation with

2   counsel;

3      (3)      On order of a court of the United States or on request of an attorney for the

4   Government, the person in charge of the correctional facility in which Defendant is confined

5   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6   connection with a court proceeding; and

7      (4)      The Clerk shall provide copies of this order to all counsel, the United States

8   Marshal, and to the United States Probation and Pretrial Services Officer.

9      DATED this 29th day of June, 2015.

10

11                                         _____

12                                         BRIAN A. TSUCHIDA
                                           United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

DETENTION ORDER - 2